JAMES A. BEHA, Superintendent of Insurance of the State of New York, as Liquidator of the UNITED STATES GRAND LODGE OF THE ORDER BRITH ABRAHAM, Appellant, v. THE STATE BANK, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. The court holds that it has jurisdiction to entertain the appeal from an order entered in Albany county; and that any delay or irregularity in perfecting the appeal was acquiesced in and waived by the defendant The motion to dismiss appeal is denied, without costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED D. CURE, Appellant.— Judgment affirmed, with costs. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., not voting.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK ex rel. DIAMANTE RAGUCCI, Relator, for an Order of Certiorari, against ALEXANDER T. BLESSING and Others, Constituting the BOARD OF TRUSTEES OF THE POLICE PENSION FUND OF THE CITY OF SCHENECTADY, NEW YORK, Respondents.— Determination unanimously confirmed, without costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

GRACE WALKER, Appellant, v. THE FARMERS' NATIONAL BANK OF DEPOSIT, N. Y., Respondent.— Judgment modified so as to increase the judgment for the plaintiff to the sum of $127.92, and as so modified unanimously affirmed, with costs in this court and in the court below on the ground that the jury had determined upon sufficient evidence that the value of the cows was $355 and that the defendant was bound to account to the plaintiff for the difference between that sum and the sum of $227.08, which was the amount of the note, interest and expenses of sale and keeping the cows. The court disapproves the eighth finding of fact and substitutes in lieu thereof the finding that the value of the cows taken into the possession of the defendant was the sum of $355, and the difference between such sum and the amount of the note, with interest, and expenses of sale and keeping of the cows, was the sum of $127.92. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN BAKER, Appellant.— Judgment of conviction and the order overruling defendant's demurrer are affirmed, on the authority of *People* v. *Farmer* (196 N. Y. 65, 74); *People* v. *Galbo* (218 id. 283, 294). Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.